AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JUDGMENT IN A CIVIL CASE**

OCALA WOMEN'S CENTER, INC.,
a Florida Corporation, and
JAMES PENDERGRAFT, M.D.,
on their own behalves and for
the class of patients, staff, and
associated physicians,

    Plaintiffs,

v.                                            Case No. 98-371-Civ-Oc-10C

CITY OF OCALA, et al.,

    Defendants.
_____/



FILED 1999 DEC 17 PM 1:30

___ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered December 17, 1999, this case is dismissed without prejudice.

Date: December 17, 1999

Sheryl L. Loesch
Clerk

*(signature)*
(By) Deputy Clerk

Copy to:
Counsel of Record
Pro Se Parties (if any)